NOTE.—Reported in 99 N. E. 2d 416.

STATE EX REL. GARLIN *v.* BAKER, JUDGE.

[No. 28,813. Filed June 18, 1951.]

*Ivan Garlin, pro se.*

PER CURIAM.—The relator, appearing pro se, files what he designates as a verified petition for an alternative writ of mandate to compel certain action by the respondent judge.

The relief sought relates to a proceeding in an inferior court, but wholly fails to comply with the requirements of Rule 2-35.

The issuance of the writ is denied.

NOTE.—Reported in 99 N. E. 2d 257.